# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **MAGGIE REYNOLDS**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**THE WILLOW DOMESTIC VIOLENCE** )<br>**CENTER, INC.**, )<br>)<br>Defendant. ) | Case No. 2:19-cv-02626-DDC-KGG |

## JOINT MEDIATION NOTICE

The parties have selected the following mediator: Larry Rute, 1600 Genessee, Suite 838, Kansas City, MO 64102 (785-357-1800). The parties have agreed to mediate at Mr. Rute's Kansas City, Missouri, office on May 6, 2020.

Respectfully submitted by,

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| CORNERSTONE LAW FIRM | WALLACE SAUNDERS |
| By: */s/ Joshua P. Wunderlich*<br>Joshua P. Wunderlich    D. Kan. #78506<br>j.wunderlich@cornerstonefirm.com<br>8350 N. St. Clair Ave., Suite 225<br>Kansas City, MO 64151<br>Phone:            (816) 581-4040<br>Facsimile:      (816) 741-8889 | By: */s/ Marty T. Jackson*<br>Marty T. Jackson        KS #14188<br>mjackson@wallacesaunders.com<br>10111 W. 87th St.<br>Overland Park, KS 66212<br>Phone:            (913) 888-1000<br>Facsimile:      (913) 888-1065 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |