# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MAGGIE REYNOLDS**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:19-cv-02626-DDC-KGG ) |
| **THE WILLOW DOMESTIC VIOLENCE CENTER, INC.**, | ) ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties jointly stipulate to the dismissal of this action with prejudice, with the parties paying their own costs.

WHEREFORE, the parties request that this Court dismiss this action with prejudice, with the parties paying their own costs.

Respectfully submitted,

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CORNERSTONE LAW FIRM | WALLACE SAUNDERS |
| By: */s/ Joshua P. Wunderlich* | By: */s/ Marty T. Jackson* |
| M. Katherine Paulus   KS BAR #23866 | Marty T. Jackson   KS #14188 |
| m.paulus@cornerstonefirm.com | mjackson@wallacesaunders.com |
| Joshua P. Wunderlich D. Kan. #78506 | 10111 W. 87th St. |
| j.wunderlich@cornerstonefirm.com | Overland Park, KS 66212 |
| 5821 NW 72nd St. | Phone:        (913) 888-1000 |
| Kansas City, MO 64151 | Facsimile:   (913) 888-1065 |
| Phone:        (816) 581-4040 | |
| Facsimile:   (816) 741-8889 | ATTORNEY FOR DEFENDANT |
| ATTORNEYS FOR PLAINTIFF | |